**UNITED STATES of America,
Appellee,**

v.

**David PORTER, Jr., Appellant.
No. 20457.**

United States Court of Appeals,
Eighth Circuit.

May 14, 1971.

James A. Bell, Bell, Fullwood, Wilson & Harris, St. Louis, Mo., for appellant.

Before MATTHES, Chief Judge, GIBSON, Circuit Judge, and HENLEY, Chief District Judge.*

PER CURIAM.

A jury found, (1) that David Porter, Jr. had purchased heroin on May 14, 1969 and June 26, 1969, which was not in or from the original package as charged in two Counts of the indictment, in violation of 26 U.S.C. § 4704(a); (2) that Porter had sold heroin on the same dates not in pursuance of a written order of the person to whom it was sold as charged in the other two Counts of the indictment, in violation of 26 U.S.C. § 4705(a).

Judgment was entered. Porter was sentenced to eight years on each of the four Counts, the sentences to run and be served concurrently. Porter has appealed.

Porter complains of error in the admission of evidence; that "Counts II and IV [sale of the heroin] constitute double jeopardy * * *"; that § 4704(a) is unconstitutional and that the Court erred in its instructions to the jury.

We have examined the record and hold there was sufficient evidence to support the jury's verdict and that the Court did not commit any error of law which affected the substantial rights of Porter. The judgment is affirmed.

■

**Dr. John J. WERTZBERGER and Jacquelyn Wertzberger, Appellants,**

v.

**UNITED STATES of America,
Appellee.
No. 20628.**

United States Court of Appeals,
Eighth Circuit.

May 19, 1971.

John Anderson, Jr., Robert C. Londerholm, Olathe, Kan., Jackie Lee Smith, Overland Park, Kan., for appellants.

Robert S. Watkins, Atty. Tax Division, Department of Justice, Johnnie M. Walters, Asst. Atty. Gen., Meyer Rothwacks, Leonard J. Henzke, Jr., Attys., Tax Division, Department of Justice, Washington, D. C., of counsel; Bert C. Hurn, U. S. Atty., Paul Anthony White, Asst. U. S. Atty., for appellee.

Before VAN OOSTERHOUT, HEANEY and ROSS, Circuit Judges.

PER CURIAM.

This is an appeal from judgment denying taxpayer refund of income taxes for the years 1964, 1965 and 1966. Taxpayer's claim is that the money he received from the University of Kansas Medical Center qualifies as a deduction from gross income as a fellowship under § 117 I.R.C. 1954.

The case was tried to Judge Oliver with jury waived. Judge Oliver made detailed findings of fact and concluded that the money paid taxpayer was compensation for his services as a resident physician and was not given to him as a scholarship. Judge Oliver's findings are supported by substantial evidence.

We affirm upon the basis of Judge Oliver's opinion reported at 315 F.Supp. 34.

---

* Chief District Judge, Eastern District of Arkansas, sitting by designation.